

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00361-CR

Jimmy **VERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5369
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Appellant's brief was originally due on October 17, 2015. This Court sent appellant's counsel a late brief notice informing him of the missed deadline to file his brief. Appellant's counsel filed a motion for extension of time, and this Court granted appellant a 30-day extension of time, to December 2, 2015. Appellant has not filed the brief or a motion for extension of time. This Court will allow appellant additional time to file the brief.

It is ORDERED appellant must file the brief on or before Monday, December 21, 2015. This extension extends appellant's deadline to 60 days after the original brief was due. For this reason, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court